# United States District Court
# Northern District of Illinois

*Judge Kennelly*

In the Matter of

Marilu Morales

v.

Thomas J. Dart, et al

Case No. 09 C 3546

Maria Valdez

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge **Matthew F. Kennelly** who has acknowledged the reasons and conditions of this reassignment on the reverse of this form.

_____
Judge Rebecca R. Pallmeyer

Dated: September 2, 2009

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Matthew F. Kennelly**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: **SEP - 4 2009**

I agree that case number **09C3546** should be reassigned to my calendar as specifically set forth below:

By agreement.

---

■ It is also agreed that if the Executive Committee approves this reassignment, the following numbered case(s) should be reassigned to the calendar of Judge **Rebecca R. Pallmeyer** as replacement(s):

09 C 1885, Thomas v. City of Chicago

☐ Matthew F. Kennelly is also agreed that if the Executive Committee approves this reassignment, the reassignment of a replacement case(s) is not required.

*[signature]*
Judge Matthew F. Kennelly

Dated: 9-3-09